**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN District of NEW YORK (State)

Case number (if known): _____ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**  TJTK REALTY COMPANY, LLC

2. **All other names debtor used in the last 8 years**
   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**  85-2600650

4. **Debtor's address**

   **Principal place of business**
   545 GREENE AVE
   APT 3C
   BROOKLYN, NY 11216
   County: KINGS

   **Mailing address, if different from principal place of business**

   **Location of principal assets, if different from principal place of business**
   1123 MADISON ST
   BROOKLYN, NY 11221

5. **Debtor's website (URL)**

6. **Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Official Form 201     Voluntary Petition for Non-Individuals Filing for Bankruptcy     page 1

Debtor  **TJTK REALTY CO. LLC**    Case number (if known) _____
      Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                            MM / DD / YYYY
        District _____  When _____  Case number _____
                                            MM / DD / YYYY

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____  Relationship _____
       District _____  When _____
                                                  MM / DD / YYYY
       Case number, if known _____

---

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number    Street

_____
City                              State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor __TJTK REALTY CO, LLC.__   Case number (if known) _____
         Name

**16. Estimated liabilities**

- [x] $0-$50,000
- [ ] $50,001-$100,000
- [ ] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/29/2024__
              MM / DD / YYYY

(x) __Tamar Knight__                    (x) __Tamar Knight__
Signature of authorized representative of debtor    Printed name

Title __PRESIDENT__

**18. Signature of attorney**

X _____    Date _____
Signature of attorney for debtor              MM / DD / YYYY

Printed name _____

Firm name _____

Number    Street _____

City _____  State _____  ZIP Code _____

Contact phone _____  Email address _____

Bar number _____  State _____

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 4

Fill in this information to identify your case:

Debtor 1  TJTK REALTY CO. LLC
    First Name  Middle Name  Last Name

Debtor 2
(Spouse, if filing)  First Name  Middle Name  Last Name

United States Bankruptcy Court for the: EASTERN District of NY

Case number
(If known)

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1** HSBC BANK USA
Creditor's Name
PO BOX 9
Number  Street
BUFFALO
NY 14240
City  State  ZIP Code

Describe the property that secures the claim:

$_____  $_____  $_____

As of the date you file, the claim is: Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____  Last 4 digits of account number ___ ___ ___ ___

**2.2**
Creditor's Name

Number  Street

City  State  ZIP Code

Describe the property that secures the claim:

$_____  $_____  $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Nature of lien. Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____  Last 4 digits of account number ___ ___ ___ ___

Add the dollar value of your entries in Column A on this page. Write that number here: $_____

```
N.Y.S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS          ALBANY, NY 12231-0001

                        ONLINE FILING RECEIPT
================================================================================

ENTITY NAME: TKTJ REALTY COMPANY LLC

DOCUMENT TYPE: ARTICLES OF ORGANIZATION (DOM. LLC)          COUNTY: ONEI
================================================================================

FILED:08/19/2020 DURATION:********** CASH#:200819010418 FILE#:200819010418
                                DOS ID:5816428

    FILER:                                              EXIST DATE
    ------                                              ----------
    BLUMBERGEXCELSIOR CORPORATE SERVICES, INC.          08/19/2020
    236 BROADWAY
    MENANDS, NY 12204

    ADDRESS FOR PROCESS:
    --------------------
    THE LIMITED LIABILITY COMPANY
    724 UNION STREET
    ROME, NY 13440

    REGISTERED AGENT:
    -----------------
```

The limited liability company is required to file a Biennial Statement with the Department of State every two years pursuant to Limited Liability Company Law Section 301. Notification that the Biennial Statement is due will only be made via email. Please go to www.email.ebiennial.dos.ny.gov to provide an email address to receive an email notification when the Biennial Statement is due.

```
================================================================================
SERVICE COMPANY: BLUMBERGEXCELSIOR CORPORATE SERVICES INC.-39
SERVICE CODE: 39

    FEE:            200.00                       PAYMENTS     200.00
                    ------                                    ------
    FILING:         200.00                       CHARGE         0.00
    TAX:              0.00                       DRAWDOWN     200.00
    PLAIN COPY:       0.00
    CERT COPY:        0.00
    CERT OF EXIST:    0.00
================================================================================
336774                                                  DOS-1025 (04/2007)
```

Authentication Number: 2008190578  To verify the authenticity of this document you may access the Division of Corporation's Document Authentication Website at http://ecorp.dos.ny.gov

## STATEMENT OF ORGANIZATION
## OF
## THE SOLE ORGANIZER
## OF
## TKTJ REALTY COMPANY LLC

**THE UNDERSIGNED**, being the sole organizer of the within named limited liability company (the "Company"), formed under Article 2 of the Limited Liability Company Law of the State of New York (LLCL), does hereby state that:

1. The Articles of Organization of the Company under LLCL § 203 were filed by the Department of State of the State of New York on **August 19, 2020.** A copy of the Articles of Organization and the original receipt of the Department of State showing payment of the filing fee are annexed hereto. The same hereby, is ordered filed with the Operating Agreement of the Company.

2. At the time of its formation, the Company had at least one member/manager, to wit:

**TAMAR WILLIAM KNIGHT**

3. The sole organizer herein is neither a member nor a manager of the Company.

4. The undersigned, effective the date upon filing of the limited liability company, has fulfilled the duties as the sole organizer of **TKTJ REALTY COMPANY LLC** in accordance with the provisions set forth in LLCL § 203 and herewith relinquishes all further duties relating to the organization and formation of the Company.

**IN WITNESS WHEREOF**, I have made and subscribed this Statement of Organization on the date of filing.

_____
Kristie L. DeLong
*Sole Organizer*

**IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI  OH   45999-0023

Date of this notice: 08-19-2020

Employer Identification Number:
85-2600650

Form: SS-4

Number of this notice: CP 575 G

TKTJ REALTY COMPANY LLC
TAMAR W KNIGHT SOLE MBR
724 UNION ST
ROME, NY  13440

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 85-2600650. This EIN will identify you, your business accounts, tax returns, and documents, even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, payments, and related correspondence, it is very important that you use your EIN and complete name and address exactly as shown above. Any variation may cause a delay in processing, result in incorrect information in your account, or even cause you to be assigned more than one EIN. If the information is not correct as shown above, please make the correction using the attached tear off stub and return it to us.

A limited liability company (LLC) may file Form 8832, *Entity Classification Election*, and elect to be classified as an association taxable as a corporation. If the LLC is eligible to be treated as a corporation that meets certain tests and it will be electing S corporation status, it must timely file Form 2553, *Election by a Small Business Corporation*. The LLC will be treated as a corporation as of the effective date of the S corporation election and does not need to file Form 8832.

To obtain tax forms and publications, including those referenced in this notice, visit our Web site at www.irs.gov. If you do not have access to the Internet, call 1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

* Keep a copy of this notice in your permanent records. **This notice is issued only one time and the IRS will not be able to generate a duplicate copy for you.** You may give a copy of this document to anyone asking for proof of your EIN.

* Use this EIN and your name exactly as they appear at the top of this notice on all your federal tax forms.

* Refer to this EIN on your tax-related correspondence and documents.

If you have questions about your EIN, you can call us at the phone number or write to us at the address shown at the top of this notice. If you write, please tear off the stub at the bottom of this notice and send it along with your letter. If you do not need to write us, do not complete and return the stub.

Your name control associated with this EIN is TKTJ. You will need to provide this information, along with your EIN, if you file your returns electronically.

Thank you for your cooperation.

# ACKNOWLEDGEMENT COPY

## ARTICLES OF ORGANIZATION
## OF
## TKTJ REALTY COMPANY LLC

Under Section 203 of the Limited Liability Company Law

**FIRST:** The name of the limited liability company is:

**TKTJ REALTY COMPANY LLC**

**SECOND:** The county, within this state, in which the office of the limited liability company is to be located is ONEIDA.

**THIRD:** The Secretary of State is designated as agent of the limited liability company upon whom process against it may be served. The address within or without this state to which the Secretary of State shall mail a copy of any process against the limited liability company served upon him or her is:

THE LIMITED LIABILITY COMPANY
724 UNION STREET
ROME, NY 13440

I certify that I have read the above statements, I am authorized to sign these Articles of Organization, that the above statements are true and correct to the best of my knowledge and belief and that my signature typed below constitutes my signature.

KRISTIE L. DELONG  (signature)
_____
KRISTIE L. DELONG , ORGANIZER
BLUMBERGEXCELSIOR
236 BROADWAY
MENANDS, NY 12204

**Filed by:**
BLUMBERGEXCELSIOR CORPORATE SERVICES, INC.
236 BROADWAY
MENANDS, NY 12204

**BLUMBERGEXCELSIOR CORPORATE SERVICES INC. (39)**
**DRAWDOWN**
**CUSTOMER REF# 336774**

FILED: KINGS COUNTY CLERK 04/30/2024 12:46 PM
NYSCEF DOC. NO. 123

INDEX NO. 38367/2005
RECEIVED NYSCEF: 04/30/2024

# NOTICE OF SALE

SUPREME COURT COUNTY OF KINGS

HSBC Bank USA, National Association, as Trustee for Ace Securities Corp. Home Equity Loan Trust, Series 2005-HE4 Asset-Backed Pass-Through Certificates, Plaintiff

AGAINST

Brian Davis, et al., Defendant(s)

Pursuant to a Judgment of Foreclosure and Sale duly entered January 16, 2024, I, the undersigned Referee will sell at public auction at the Kings County Supreme Court, in Room 224, 360 Adams Street, Brooklyn, New York 11201 on May 30, 2024 at 2:30PM, premises known as 1123 Madison Street, Brooklyn, NY 11221.  All that certain plot piece or parcel of land, with the buildings and improvements erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, BLOCK: 3359, LOT: 43.  Approximate amount of judgment $931,521.26 plus interest and costs.  Premises will be sold subject to provisions of filed Judgment Index #38367/2005. The aforementioned auction will be conducted in accordance with the KINGS County COVID-19 Protocols located on the Office of Court Administration (OCA) website (https://ww2.nycourts.gov/Admin/oca.shtml) and as such all persons must comply with social distancing, wearing masks and screening practices in effect at the time of this foreclosure sale. For sale information, please visit Auction.com at www.Auction.com or call (800) 280-2832.

Jeffrey Miller, Esq., Referee

Frenkel Lambert Weiss Weisman & Gordon, LLP

53 Gibson Street

Bay Shore, NY 11706

01-089891-F00

FRENKEL, LAMBERT, WEISS & GORDON.
53 GIBSON STREET
BAY SHORE, NY 11706.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

In re:

TJTK REALTY CO, LLC.

Case No.
Chapter 11

Debtor(s)
-----------------------------------------------------------x

## AFFIRMATION OF FILER(S)

All individuals filing a bankruptcy petition on behalf of a pro se debtor(s), must provide the following information:

Name of Filer: Fadiah Amerally

Address: 104-33 142nd Street Jamaica NY 11435

Email Address: _____

Phone Number: (347) 634-3178

Name of Debtor(s): TJTK REALTY COMPANY, LLC

**CHECK THE APPROPRIATE RESPONSES**

**ASSISTANCE PROVIDED TO DEBTOR(S):**

___ I PREPARED THE PETITION AND/OR ASSISTED WITH THE PAPERWORK BY DOING THE FOLLOWING: _____

X  I DID NOT PROVIDE THE PAPERWORK OR ASSIST WITH COMPLETING THE FORMS.

**FEE RECEIVED:**

X  I WAS NOT PAID.

___ I WAS PAID.

Amount Paid: $ _____

I/We hereby affirm the information above under the penalty of perjury.

Dated: 5/29/24

*Fadiah Amerally*
Filer's Signature